IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR536 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | GOVERNMENT'S EMERGENCY |
| | ) | MOTION FOR BAIL PENDING |
| GENEVA FRANCE, | ) | APPEAL |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its
counsel, Gregory A. White, United States Attorney, and Blas E.
Serrano, Assistant United States Attorney, and requests this
Court to grant the defendant forthwith bond pending appeal under
Title 18, United States Code, Section 3143(b). Even though this
case is on appeal to the U.S. Court of Appeals for the Sixth
Circuit, this court retains jurisdiction over bail matters under
United States v. Krzyske, 857 F.2d 1089 (6th Cir. 1988). The
reason for the government's motion is that the government has
received newly discovered evidence which calls into question the
validity of the adjudication of guilt. Under these

circumstances, the government is firmly convinced that this
defendant should not remain incarcerated while the newly
discovered evidence is examined.  Accordingly, the government
requests the court to issue an order releasing the defendant on
bond pending appeal forthwith.  The government has no objection
to the defendant being released on an unsecured bond subject to
her later appearing before the office of pre-trial services to
execute appropriate paperwork at a later time.

Respectfully submitted,

GREGORY A. WHITE
United States Attorney


By:  s/ Blas E. Serrano
     Blas E. Serrano
     Assistant U.S. Attorney
     Reg. No. 0009879
     400 United States Court House
     801 West Superior Avenue
     Cleveland, Ohio  44113
     (216) 622-3873 (phone)
     (216) 522-7499 (facsimile)
     Blas.Serrano@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2007, a copy of
the foregoing Government's Emergency Motion for Bail was filed
electronically. Notice of this filing will be sent by operation
of the Court's electronic filing system to all parties indicated
on the electronic filing receipt. All other parties will be
served by regular U.S. mail. Parties may access this filing
through the Court's system.


                                   s/ Blas E. Serrano
                                   Blas E. Serrano
                                   Assistant U.S. Attorney